## Petition of Daniel Hodgson, 1716

At a Gen¹ Councill of his Majestys Colony of Rhode Island and Providence Plantations in New England; conveen'd by the Govʳ warrant this 28ᵗʰ Day December 1716. Present Samˡˡ Cranston Esqʳ Govʳ John Wanton Nathˡˡ Coddington James Brown George Cornell Samˡ Clarke and Capᵗ Jnᵒ Eldred Assᵗ Weston Clarke Attʸ Generˡˡ Richᵈ Ward Secreᵗ

To the Honᵇˡᵉ Samuel Cranston Judge Govʳ and The Honᵇˡᵉ the Assistants of his Majestys Colony of Rhode Island etc.

The Petition of Danˡˡ Hodgson of Newpᵗ in the Colony aforesᵈ Marriner late Master of the Ship John of London the 20ᵗʰ Day of December 1716. Humbly Sheweth That your Petitioner on the 9ᵗʰ Day of Aprill 1713 did by the Order and with the Consent and Approbation of Peter Ford of the Parish of sᵗ Mary Magdalene Bermondsey in London Merchᵗ and others Owners of the Ship John; enter into Charter Party with one Moses Anstell of London Merchᵗ and did thereby Grant and Lett the said Ship to sᵈ Anstell on A Voyage to be perform'd from sd Port of London to the Island of Fyall and thence to Rhode Island and thence to Antego or other Island in the West Indies and thence back to London (as per sᵈ Charter party and other Evidences ready to be produced to Your Honʳˢ will Appear) and Your Petitioner saith that he did proceed in sᵈ ship from sᵈ Port of London to sᵈ Fyall and thence to Rhode Island; and thence by order of Richard Mew of sᵈ Rhode Island Merchᵗ Factor to sᵈ Moses Anstell sail'd out for the Island Antego But the sᵈ Ship Proving very Leaky and Insufficient to proceed was

forced To return to Rhode Island again where s^d Ship by five Skilfull persons Legally Appointed and Sworn to survey the same was reported in part Rotten and Insufficient to proceed on s^d Voyage (as by their report ready to be produced to your Hon^rs may Appear). Whereupon your Petitioner was sued by the afores^d Mew upon s^d Charter Party for one thousand Pounds Sterling money of England penalty of s^d Charter party for not proceeding to Antego According to s^d Charter party; first in the Court of Admiralty; and afterwards in three succeeding Actions att common Law which were Abated by s^d Courts for faults therein as per the Records of s^d Courts may Appear Notwithstanding which your Petitioner is still Lyable and Expects to be sued on s^d Charterparty.

And further sheweth that Your Petitioner was lately Sued in his Majestys Court of Admiralty in Newp^t before the Hon^ble John Menzies Esq^r Judge of s^d Court by Nathaniel Byfield of Bristol in the Province of the Massachusets Bay Esq^r as Attorney to and for and upon Account of the afores^d Peter Ford and one John Tompson of London Merch^t and Martha Tompkins Administratrix to Thomas Thompkins deceas'd (as per Libell in s^d Court may Appear) naming themselves part Owners of the Ship John Galley otherwise the Ship John of London for their parts of s^d Ship etc. and of the Freights and Profits of s^d Ship in s^d Voyage from London to Fyall and thence to Rhode Island afores^d. In which suit your Petitioner did put in his plea before the s^d Judge that he ought not to be compelled by the decree of s^d Court to render to said Byfield any part of the produce of s^d Ship or of the freight or Profits of s^d Voyage without Security from s^d Byfield to Endemnify and save harmless and to pay to your Petitioner their proportionable parts of such Costs and Damages that should hereafter be Recovered or Your Petitioner put To by reason of any future suits that should be brought by the afores^d Anstell ag^st Your Petitioner for not proceeding in s^d Ship from Rhode Island to Antego Afores^d the same being Evidently occasion'd through the rottenness and Defect of s^d Ship and not through any fault or Neglect of Your Petitioner as was proved before the s^d Judge. Yet notwithstanding the s^d Judge did on the 17th day of this Instant December decree amongs't other things that Your Petitioner shou'd pay to the afores^d Peter Ford, John Tompson, and Martha Tompkins their shares or parts of one hundred and ninety one pounds nineteen Shillings and one penny ballance due for freight and price of s^d Ship Sold; without decreeing any Security to your Petitioner as afores^d by plea desired. By which Decree your Petitioner will have all means to Support the charge of Defending himselfe against said Anstell on Suit on s^d Charterparty taken Away and Your Petitioner Exposed To utter ruine which Your petitioner humbly concieves is contrary to Law and Equity. And therefore and for his other reasons in his former Petition presented to your Hon^rs the eighth day of this Instant December.

Your Petitioner humbly prays that as Your Hon^rs are the Great conserva-

tors of the Laws and of the rights and Libertys of his Majestys Subjects in this Colony that A Prohibition may be Granted Requiring the afores$^d$ Hon$^{ble}$ John Menzies Esq$^r$ Judge of s$^d$ Court and M$^r$ John Coddington Deputy Register of s$^d$ Court; that all proceedings on s$^d$ Decree be stayed and that no process nor Execution be given out ag$^{st}$ your Petitioner there upon untill reasonable Security be given to your Petitioner by the Afores$^d$ Nathaniel Byfield or By the Afores$^d$ Peter Ford John Tompson and Martha Tompkins in proportion according to their Several parts of s$^d$ Ship as Decreed to Save your Petitioner Harmless and to pay their proportionable parts of such Costs and Damages as shall Accrue to Your Petitioner by any future suits that shall be brought by the Afores$^d$ Moses Anstell on s$^d$ Charter party for your Petitioners not proceeding from Rhode Island to Antego as Afores$^d$ And also that Your Petitioner be secured against all persons hereafter lawfully claiming the parts and profits of s$^d$ Ship for which said Byfield hath before s$^d$ Judge obtain'd A Decree. And your petitioner as in duty bound shall Ever pray etc.

Dan$^{ll}$ Hodgson

COLONY OF RHODE ISLAND etc.   Upon the prayer of the Above petitioner the Gen$^{ll}$ Councill conveened as Aboves$^d$ in order to Advise and Consider what would be proper to be done in answer to the prayer of s$^d$ petitioner as is set forth in his s$^d$ Petition. And upon the Perusall of the proceedings of the several Courts in the Common and Civil Law against the Charterparty and Secondly by the owners for the s$^d$ Ship and her freight all which is fully set forth by the Several Judgem$^{ts}$ and Decrees which was produced before us; as well as the Petitioners Councill who was heard as To matter of Law etc.

And upon mature consideration of the whole wee are of opinion that it is not in the Authority of this Councill to Grant forth any Prohibition that may be finall to require the Hon$^{ble}$ John Menzies Esq$^r$ Judge of the Court of Admiralty etc. to stay any proceedings on his Decree past on the 17th Instant concluding that matter is Chiefly cognizable before the Gen$^{ll}$ Assembly who is the Supream Court of this Colony and To whom all other Inferior Courts are Obliged To Answer for any misadministration or Erroneous Judgem$^t$ etc. notwithstanding which wee presume that this Councill hath sufficient Authority to Grant forth a Prohibition to stop any Execution by Virtue of the Afores$^d$ Decree till the next sessions of Assembly if the Petitioner doth pray it so as the pl$^{tt}$ or their Attorney may be notified to Appear at the Assembly to Answer to any Matter or Anything that may be Alleadged by the Petitioner to Evade the Decree of The Hon$^{ble}$ Judge afores$^d$ Always Provided that the Petitioner do Enter into Double Bond with suretys of the sum and Costs Awarded ag$^{st}$ him in the Decree; to prosicute his Compl$^t$ at s$^d$ Assembly and To Answer all costs and Damages that may be Awarded ag$^{st}$ him if any such shall be

And whereas the s^d Petitioner Daniel Hodgson hath presented M^r Charles Lowther and M^r Joseph Borden as suretys for his Performance of what is set forth for his prosecution afores^d the Councill Do Accept of the s^d suretys and Do order the Secretary upon their signing the Bond forthwith in the Name of this Councill to Issue forth a Prohibition requiring the Afores^d Judge Menzies Esq^r and M^r John Coddington Deputy Register of s^d Court of Admiralty to stay any proceedings on the Afores^d Decree and that no process or Execution be given out thereupon untill the Matter be heard and Determined by the Gen^ll Assembly as afores^d The s^d Prohibition to be del^d To M^r John Coddington Deputy Register of s^d Court and The Secretary is hereby Directed and ordered to send a Copy of the s^d Petition and the Councill's order thereon to Coll Nathaniel Byfield Attorney to the pl^ts and To notify him of the sitting of the Assembly so as he shall Appeare if he think fit; and The Secretary is hereby ordered to Register the afores^d Petition and the Councills order thereon.

Done in Councill
Rich^d Ward Secre^ty
[Records of the Governor and Council, 1667–1753, p. 82]

To the Hon^ble John Menzies Esq^r Judge of the Court of Admiralty for the Colony of Rhode Island and Providence plantations in New England etc. and To M^r John Coddington Deputy Register of said Court Greeting

Whereas Daniel Hodgson of Newp^t in the Colony aboves^d Marrin^r on the 28th of this Instant December Exhibited A petition before the Hon^ble Samuel Cranston Esq^r Gov^r and the Councill of s^d Colony wherein he set forth the Grievance and unreasonableness of A Decree given ag^st him by the s^d John Menzies Esq^r Judge of s^d Court of Admiralty on the 17th of this Instant December At The suit of Peter Ford John Thompson and Martha Tompkins Administratrix of Thomas Tompkins Deceas^d the which petition being duly considered the Hon^rd Gov^r and Councill did order the Secretary of s^d Colony to grant forth a prohibition to stop and hinder Any Execution from going forth upon s^d Decree out of s^d Court of Admiralty untill the next Gen^ll Court of Assembly of this Colony; have heard s^d Decree and Petition and given forth their Judgem^t thereon.

These are therefore in his Majestys Name George by the Grace of God King over Great Brittain France and Ireland Defender of the Faith etc. to prohibit and forbid YOU John Menzies Esq^r Judge of s^d Court of Admiralty and YOU M^r John Coddington Deputy Register of s^d Court to Issue forthe any Execution or process ag^st the afores^d Daniel Hodgson Marrin^r upon the afores^d Decree past ag^st him on the 17th of this Inst^t December; Untill the Gen^ll Court of Assembly of this his Majestys Colony of Rhode Island etc. have heard the afores^d Decree and Compl^t theron and given forth their Decree on the same.

By order of the Gov^r and Councill of his Majestys Colony aboves^d I

have given forth this Prohibition under my hand and Councill Seal this 31$^{rst}$ Day of December 1716

Rich$^d$ Ward Secret$^y$